| | |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** | |
| **DIVISION OF ST. CROIX** | |

UNITED STATES OF AMERICA,

                            **Plaintiff,**                **1:86-cv-265**

   **v.**

TERRITORY OF THE VIRGIN ISLANDS
et al.,

                          **Defendants.**

TO:   Joycelyn Hewlett, Esq., AUSA
       Tammie Gregg, Esq., DOJ
       Laura L. Coon, Esq., DOJ
       Andrew Barrick, Esq., DOJ
       Vincent F. Frazer, Esq., AG
       Aquannette Y. Chinnery-Montell, Esq., AAG

<u>**ORDER**</u>

THIS MATTER came before the Court for a status hearing to determine whether the Special Master's services continue to be required. Based upon the Special Master's most recent report and recommendations, testimony of witnesses, and absence of any written objections to the report of the Special Master by the parties, the Court finds that Defendants have not demonstrated substantial compliance with the previous orders of the Court regarding their duty to provide and maintain constitutionally adequate conditions of confinement at the Golden Grove Adult Correctional and Detention Facility ("Golden

*United States of America v. Territory of the Virgin Islands*
1:86-cv-265
Order
Page 2

Grove"). *See* Order Granting United States' Motion to Find Defendants in Contempt and

for Appointment of a Special Master ("Contempt Order") (Docket No. 224, as amended by

Docket No. 231). Consequently, the Court finds a continuing need for the services of the

Special Master.

By Order (Docket No. 457), entered February, 22, 2010, the Court directed that

specific items identified and deemed critical by the parties be completed by a date certain.

Although many of deadlines have expired without full compliance, progress is being made,

albeit slowly, and the Court accepts the recommendation of the Special Master that no

extraordinary measures be taken at this juncture and further adopts and incorporates the

other recommendations of the Special Master hereinbelow.

Accordingly, it is now hereby **ORDERED**:

1.      Special Master Susan McCampbell shall continue in her appointment and

capacity as Special Master.

2.      On or before **February 18, 2011**, the Bureau of Corrections shall produce the

list of security related policies and procedures, when each will be completed,

and when each will be implemented (e.g. staff training completed).

*United States of America v. Territory of the Virgin Islands*
1:86-cv-265
Order
Page 3

3.     On or before **January 14, 2011**, the Defendants shall produce to the Court the dates by which expected substantial compliance will be achieved for all remaining mandates (as noted on the Compliance Documentation checklist).

     a.     Defendants also shall provide the Court at that time with information regarding the relevance of any remaining requirements along with any recommendations.

4.     On or before **January 15, 2011**, the Bureau of Corrections and the Division of Personnel shall produce to the Special Master (a) a detailed officer recruitment plan, and (b) a plan to offer incentives to senior officers to remain with the BOC after their retirement dates.

5.     This matter is scheduled for a status hearing on **March 8, 2011, at 9:00 a.m.**, in Magistrate Courtroom.

ENTER:


Dated: December 6, 2010                    /s/ George W. Cannon, Jr.
                                           GEORGE W. CANNON, JR.
                                           U.S. MAGISTRATE JUDGE