IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

UNITED STATES OF AMERICA, )
Plaintiff, )
)
v. ) CIVIL NO. 86/265
)
)
TERRITORY OF THE VIRGIN ISLANDS )
et al., )
Defendants. )
_____ )

# ORDER

Pursuant to Order entered in the above captioned matter, dated March 23, 2006, granting the motion for appointment of a Special Master, and pursuant to PLRA, 18 U.S.C. §3626(f)(4) which grants authority for payment of reasonable fees and reasonably incurred costs and expenses of the Special Master, the Court having reviewed and approved for payment invoices for fees and expenses;

it is hereby **ORDERED**, that the Clerk of Court process and pay from funds appropriated to the Judiciary, invoices submitted by Special Master SUSAN W. McCAMPBELL, totaling **Six Hundred Forty Two Dollars and one cent**, to cover the following:

Reimbursement of professional fee's and conference calls for the month of October 2011:

PROFESSIONAL FEES:
5 hrs. @ $125.00/hr for the dates of
10/5/2011, 10/20/2011, 10/27/2011
(Preparations and distribution
of agenda and summary minutes)             $625.00
Reimbursement for Conference Calls
On 10/20/2011 and 10/27/2011            $17.01

TOTAL:            $642.01

Dated: _____

ENTER:

_____
George W. Cannon, Jr.
Magistrate Judge

ATTEST:

WILFREDO F. MORALES
CLERK OF COURT
By: _____
Deputy Clerk

cc: AUSA
Aquanette Y. Chinnery, AAG
Lashanda Branch, Esq., DOJ (202)514-4883

Special Master                                                  Civil No. 86/265
Susan McCampbell
Invoice 271 dated 11/21/2011

Reimbursement of professional fee's and conference calls for the month of October 2011

PROFESSIONAL FEES:
5 hrs. @ $125.00/hr for the dates of
10/5/2011, 10/20/2011, 10/27/2011
(Preparations and distribution of agenda
And summary minutes.)                                           $625.00
Reimbursement for Conference Calls
10/20/2011 and 10/27/2011                                       $17.01

TOTAL:                                                          **$ 642.01**

Reviewed by: Wilfredo F. Morales, Clerk of Court
12/05/2011

Approved for payment: _____
                          George W. Cannon, Jr.
                          Magistrate Judge

Date: December ___, 2011

## MCCAMPBELL AND ASSOCIATES, INC.

1880 CRESTVIEW WAY
NAPLES, FLORIDA 34119-3302
TELEPHONE: 239.597.5906
EMAIL: SUSANMCCAMPBELL@MCCAMPBELLASSOC.COM

November 21, 2011

Wilfredo F. Morales, Clerk of Court
District Court of the Virgin Islands
3013 Estate Golden Rock
Lot 13, Suite 136
St. Croix, USVI 00820-4355

  Re: 1986-CV-0265 U. S. vs. The Territory of the Virgin Islands
     Invoice # 271

Dear Mr. Morales:

Please find enclosed a request for reimbursement of expenses and professional fees for the period October 1 – 27, 2011.

If you have any questions, please don't hesitate to call me @ 954.856.7913.

As always, thank you for your help.

Sincerely yours,

Susan W. McCampbell

Enclosures – Invoice 271 and receipts

McCampbell and Associates, Inc.
1880 Crestview Way
Naples, Florida 34119

# Invoice

**Bill To:**
District Court of the Virgin Islands
Wilfredo F. Morales, Clerk of Court
3013 Estate Golden Rock
St. Croix, VI 00820-4355

| Date | Invoice No. |
|---|---|
| 11/18/11 | 271 |

| Project |
|---|
|  |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Reimbursement | Conference Call - 10/20/2011 |  | 4.09 | 4.09 |
| Reimbursement | Conference Call - 10/27/2011 |  | 12.92 ~~12.88~~ | 12.92 ~~12.83~~ |
| Professional Fees | Preparation and distribution of of Agenda for 10/20/2011 Conference Call - 10/5/2011 1 hour | 1 | 125.00 | 125.00 |
| Professional Fees | Conference Call with all parties - 10/20/2011 1 hour/reschedule/ | 1 | 125.00 | 125.00 |
| Professional Fees | Conference Call with all parties - 10/27/2011 3 hours, call, preparation and distribution of summary minutes of conference call. | 3 | 125.00 | 375.00 |

McCampbell and Associates, Inc.
c/o Susan McCampbell
1880 Crestview Way, Naples, Florida 34119
EIN: 65-0896705

Susan W. McCampbell, Novembr 21, 2011

*[signature: Susan W. McCampbell]*

642.01

| Total | ~~$641.92~~ |
|---|---|



# AccuConference
*Making Conferencing Simple & Affordable*

Customer Service #
**1.800.989.9239**

## Conference Call Detail

| Date of Call | Moderator | Conference Name | Acct Code | Callers | Total Mins | Rate | Charge for Ca |
|---|---|---|---|---|---|---|---|
| 10/27/2011 8:58 AM | McCampbell and Associ | McCampbell and Associates, Inc. USA - USVI | | 4 6 | 68 62 | 0.0990 | $6.76 $6.16 |
| 11/18/2011 7:57 AM | McCampbell and Associ | McCampbell and Associates, Inc. | | 3 | 93 | 0.0990 | $9.22 |
| | | **Subtotal for McCampbell and Associates, Inc.** | | **13** | **223** | | **$22.14** |

## Thank you for using AccuConference by TalkPath LLC!

The FCC now mandates all conference calls placed on or after October 1st 2008 are subject to the Universal Service fee collected by the USAC.
FCC Site: http://hraunfoss.fcc.gov/edocs_public/attachmatch/DA-08-1699A1.pdf
AccuConference USF FAQ: http://www.accuconference.com/USF.aspx

| | |
|---|---|
| November Current Charges: | $22.14 USD |
| USF Recovery: | $1.71 USD |
| Cost Recovery Fee: | $0.28 USD |
| **Total November Charge:** | **$24.13 USD** |
| Charged to Credit Card Ending *3530: | -$24.13 USD |

**Do not pay**



Page:
Customer Number: 25000

Contact | Questions | Logout

Logged in as: susanmccampbell@mccampbellassoc.com

| Home | Live Calls | Account | Conference Manager | Recordings | Billing | 800 Forwarding |

Search

Account > 2500097: McCampbell and Associates, Inc.

**Conference Call Detail**

Account > Conference Manager > Conference > Conference Log Detail

*Call Details*

**Note**

| | |
|---|---|
| Account | 2500097 - McCampbell and Associates, Inc. |
| Conference | McCampbell and Associates, Inc. |
| Downloads | Call Detail |
| Length | 00:10 |
| Cost | $ 4.09 USD |

Audio 0 / 7      Web 0 / 0      Recording List ( Add )

No Recordings

Update

Active Calls   Previous Calls   Recordings (Dialin Playback Detail)

**Audio Conference Attendees**

Moderators (2)                                                                 Hide Details ≈

| PIN Number | Date / Time | Cost (USD) | Length | Number Dialed | Name | Caller ID |
|---|---|---|---|---|---|---|
| 28548822 McCampbell and Associates, Inc. - Moderator | 10.20.2011 09:58a | $ 0.10 | 00:01 | 8009207487 | Listen 🔊 | 9548567913 |
| 28548822 McCampbell and Associates, Inc. - Moderator | 10.20.2011 09:59a | $ 0.60 | 00:06 | 8009207487 | Listen 🔊 | 9548567913 |

Participants (5)                                                               Hide Details ≈

| PIN Number | Date/Time | Cost (USD) | Length | Number Dialed | Name | Caller ID |
|---|---|---|---|---|---|---|
| 23666426 McCampbell and Associates, Inc. - Participant | 10.20.2011 09:55a | $ 1.09 | 00:11 | 8009207487 | Listen | 4192870040 |
| 23666426 McCampbell and Associates, Inc. - Participant | 10.20.2011 09:58a | $ 0.70 | 00:07 | 8009207487 | Listen | 3407125033 |
| 23666426 McCampbell and Associates, Inc. - Participant | 10.20.2011 10:00a | $ 0.60 | 00:06 | 8009207487 | Listen | 2023053203 |
| 23666426 McCampbell and Associates, Inc. - Participant | 10.20.2011 10:00a | $ 0.50 | 00:05 | 8009207487 | Listen | 3407196763 |
| 23666426 McCampbell and Associates, Inc. - Participant | 10.20.2011 10:01a | $ 0.50 | 00:05 | 8009207487 | Listen | 3407745666 |