DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>)<br>        **v.** )<br>)<br>) **Civil Action No. 1986-265**<br>**TERRITORY OF THE VIRGIN ISLANDS,** )<br>**et al.,** )<br>)<br>)<br>            **Defendants.** )<br>_____) | |

**Attorneys:**
**Jonathan M. Smith, Esq.,**
**Laura L. Coon, Esq.,**
**Rita K. Lomio, Esq.,**
**Sharon I. Brett, Esq.,**
**Marlysha Myrthil, Esq.,**
Washington, D.C.
**Angela Tyson-Floyd, Esq.,**
St. Croix, U.S.V.I.
    *For the United States*

**Carol Thomas-Jacobs, Esq.,**
**Aquannette Y. Chinnery, Esq.,**
St. Thomas, U.S.V.I.
**Kenrick E. Robertson, Esq.,**
**Shari N. D'Andrade, Esq.,**
St. Croix, U.S.V.I.
    *For the Defendants*

# ORDER

**UPON CONSIDERATION** of the United States' "Notice and Request for Emergency Telephonic Status Conference," filed on November 13, 2014, (Dkt. No. 865), the Order to Show Cause, entered later that same day, (Dkt. No. 866), the Show Cause Hearing held on December 10, 2014, the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, the Court finds that Defendants are **IN**

**CONTEMPT** of the Court's June 6, 2014 Order because of their failure—without just cause—to timely pay Monitor Kenneth A. Ray's September 2014 invoice as required by that Order. Accordingly, it is hereby

**ORDERED** that the Bureau of Corrections shall be fined the sum of $1,000.00, payable to the Clerk of Court no later than **5:00 p.m. on January 31, 2015**, as a sanction for failing to timely pay the Monitor's September 2014 invoice, as required by this Court's June 6, 2014 Order; and it is further

**ORDERED** that any future noncompliance with this Court's June 6, 2014 Order—without good cause or other legally sufficient reason—will subject Defendants to a fine of $250.00 per day for each day that the payment is late, plus payment to the Monitor of any fees and expenses reasonably incurred as a result of the untimely payment.

**SO ORDERED**.

Date:  December 30, 2014

_____/s/_____
WILMA A. LEWIS
Chief Judge