**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**              ) | |
| )  | |
| **Plaintiff,**              ) | |
| )  | |
| v.                                                               ) | Civil Action No. 1986-0265 |
| )  | |
| **TERRITORY OF THE VIRGIN ISLANDS,** ) | |
| **et al.,**                                                      ) | |
| )  | |
| **Defendants.**              ) | |
| _____) | |

**Attorneys:**

**Christopher N. Cheng, Esq.**
**Laura Coon, Esq.**
**Marlysha Myrthil, Esq.**
Washington, D.C.
**Angela P. Tyson-Floyd, Esq.**
St. Croix, U.S.V.I.
　　　*For the United States*

**Christopher M. Timmons, Esq.**
**Eric Chancellor, Esq.**
St. Croix, U.S.V.I.
**William R. Lunsford, Esq.**
**Kenneth S. Steely, Esq.**
Huntsville, AL
**Carly H. Chinn, Esq.**
Ridgeland, MS
　　　*For Defendants*

## <u>ORDER</u>

　　　THIS MATTER comes before the Court following the Status Conference held on June 23, 2025. By this Order, the Court memorializes the schedule that will be adopted for the next Status Conference to facilitate the Court's maintenance of its continuing oversight of this matter pursuant to the terms of the parties' Settlement Agreement. (Dkt. No. 689-1).

**UPON CONSIDERATION** of the foregoing, it is hereby

**ORDERED** that, in accordance with Parts X.F.1-2 of the Settlement Agreement, the Monitor's 31st Compliance Assessment Report is due to the parties for comment no later than **September 18, 2025**, and the parties shall provide comments and any supporting information to the Monitor by **October 23, 2025**; and it is further

**ORDERED** that the Monitor's 31st Compliance Assessment Report shall be filed with the Court no later than **November 6, 2025**; and it is further

**ORDERED** that, in accordance with Part IX.6 of the Settlement Agreement, Defendants' 31st Status Report shall be filed with the Court no later than **November 13, 2025**; and it is further

**ORDERED** that Defendants' 31st Status Report and similar future status reports filed with the Court shall include the expected progress on each item discussed at the preceding status conference with the Court together with the actual progress made by Defendants with regard to each item; any other areas in which progress was made; and the section number of the Settlement Agreement for each item; and it is further

**ORDERED** that a Status Conference shall be held on **November 20, 2025 at 1:00 p.m. Atlantic Standard Time** in **STX Courtroom 1** before the undersigned Senior District Judge; and it is further

**ORDERED** that counsel for the parties, Monitor Kenneth A. Ray and the monitoring team, the Director of the Bureau of Corrections Wynnie Testamark ("Director"), and any individuals the Director deems necessary to respond to questions regarding Defendants' progress in complying with the Settlement Agreement shall appear in person; and it is further

**ORDERED** that Chief of the Civil Division of the Virgin Islands Department of Justice, Christopher M. Timmons, Esq., shall appear in person at the Status Conference; and it is further

**ORDERED** that the parties, the Monitor, and the monitoring team shall be prepared to apprise the Court of the most current information regarding Defendants' progress.

**SO ORDERED.**

Date:   June 29, 2025

_____/s/_____
WILMA A. LEWIS
Senior District Judge